IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : MDL Case No. 17-ml-2792-D : : District Judge Timothy D. DeGiusti : |
| This document relates to: ALL CASES | : : : : |

**JUDGMENT**

In a separate Order, the Court decided the Motion by Plaintiffs and Class Counsel [Doc. No. 152] in which the Court also approved all relevant side agreements. The Court subsequently entered a separate judgment. *See* Judgment [Doc. No. 252]. The Court has now decided a Motion for an Award of Fees and Expenses [Doc. No. 140] filed by Colleen Kennedy, David Foster, Mitchell Orenstein and Nagel Rice, LLP. In its Order addressing this request for fees, the Court denied the Motion, finding Nagel Rice's efforts did not confer any benefit upon the class. The Court herein enters judgment in accordance with the terms of that Order.

**ENTERED** this 11th day of June, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1